1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL RENTERIA,                    Case No. CV 19-03117 FMO (RAO)

12                    Petitioner,

13         v.                             ORDER ACCEPTING FINDINGS,
                                          CONCLUSIONS, AND
14   WARREN L. MONTGOMERY,                RECOMMENDATIONS OF UNITED
     Warden,                              STATES MAGISTRATE JUDGE
15
                     Respondent.
16

17
           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the
18
     records and files herein, the Magistrate Judge's Report and Recommendation
19
     ("Report"), and Petitioner's objections to the Report.  The Court has further engaged
20
     in a *de novo* review of those portions of the Report and Recommendation issued on
21
     February 20, 2020, to which Petitioner has objected.  The Court hereby accepts and
22
     adopts the findings, conclusions, and recommendations of the Magistrate Judge.
23
           IT IS ORDERED that the Petition is denied, and Judgment shall be entered
24
     dismissing this action with prejudice.
25
     DATED:  March 23, 2020
26
                                          _____/s/_____
27                                        FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE
28