JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAL RENTERIA, | Case No. CV 19-03117 FMO (RAO) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| WARREN L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: March 23, 2020

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE